# EXHIBIT A

**Generated on:** This page was generated by TSDR on 2026-03-11 03:50:18 EDT

**Mark:** ELEPHAS



| | | | |
|---|---|---|---|
| **US Serial Number:** | 86818819 | **Application Filing Date:** | Nov. 12, 2015 |
| **US Registration Number:** | 5071515 | **Registration Date:** | Nov. 01, 2016 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** A Section 8 declaration has been accepted.

**Status Date:** May 09, 2023

**Publication Date:** Aug. 16, 2016

# Mark Information

**Mark Literal Elements:** ELEPHAS

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the following: a white background carrying the stylized word "ELEPHAS" with the letters "e ephas" in gray and the letter "l" stylized in the shape of an elephant trunk in blue.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) Gray, blue, and white is/are claimed as a feature of the mark.

**Design Search Code(s):**
03.03.01 - Elephants; Elephants, mammoths; Mammoths; Mastodons
03.03.24 - Stylized elephants, hippos, rhinos, alpacas, llamas
26.01.21 - Circles that are totally or partially shaded.
27.01.02 - Animals composed of letters or numerals; Letters forming animals; Numbers forming animals; Punctuation forming animals

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** 3D spectacles; Baby monitors; [ Camcorders; Cameras; Cell phones; Digital phones; Distance measuring apparatus; Electronic data recorders; Electronic monitors and monitor modules for monitoring electric current and electrical signals; Electronic monitors for monitoring flowmeters; Electronic monitors to collect operational data and settings, including temperature data and settings, from HVAC equipment to ensure proper functioning; Eyeglasses; Global positioning system (GPS); ] Head-clip cell phone holders; [ Lens shutters; Measuring apparatus, namely, laser distance meters; Mobile phones; Mobile telephone apparatus with built-in facsimile systems; PC tablets; Range finders; Shutters; ] Slide or photograph projection apparatus; [ Tablet computer; Telemeters; ] Video baby monitors

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Jul. 08, 2014

**Use in Commerce:** Jul. 08, 2014

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** Yes | | **Currently Use:** Yes |
| **Filed ITU:** No | | **Currently ITU:** No |
| **Filed 44D:** No | | **Currently 44D:** No |
| **Filed 44E:** No | | **Currently 44E:** No |
| **Filed 66A:** No | | **Currently 66A:** No |
| **Filed No Basis:** No | | **Currently No Basis:** No |

# Current Owner(s) Information

**Owner Name:** WISESEA INC

**Owner Address:** 18255 SEGALE PARK DRIVE B, UNIT E11
TUKWILA, WASHINGTON UNITED STATES 98188

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** WASHINGTON

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Nitin Kaushik

**Attorney Primary Email Address:** nitin.ustm@gmail.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Nitin Kaushik
50 Lerer Lane
Staten Island, NEW YORK United States 10307

**Correspondent e-mail:** nitin.ustm@gmail.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 01, 2025 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Jan. 31, 2024 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Jan. 25, 2024 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Jan. 25, 2024 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jan. 25, 2024 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jan. 25, 2024 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 09, 2023 | NOTICE OF ACCEPTANCE OF SEC. 8 - E-MAILED | |
| May 09, 2023 | REGISTERED - SEC. 8 (6-YR) ACCEPTED | |
| May 06, 2023 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| Apr. 05, 2023 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Mar. 09, 2023 | POST REGISTRATION ACTION MAILED - SEC. 8 | |
| Mar. 02, 2023 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Aug. 04, 2022 | TEAS SECTION 8 RECEIVED | |
| Nov. 01, 2021 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Jul. 28, 2021 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Dec. 09, 2020 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Nov. 01, 2016 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 16, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 16, 2016 | PUBLISHED FOR OPPOSITION | |
| Jul. 27, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 12, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 11, 2016 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jul. 10, 2016 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jul. 10, 2016 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |

| Jul. 10, 2016 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
|---|---|
| Mar. 10, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Mar. 10, 2016 | NON-FINAL ACTION E-MAILED |
| Mar. 10, 2016 | NON-FINAL ACTION WRITTEN |
| Mar. 04, 2016 | ASSIGNED TO EXAMINER |
| Nov. 18, 2015 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Nov. 17, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Nov. 16, 2015 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** TMEG LAW OFFICE 104          **Date in Location:** May 09, 2023

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 4          **Registrant:** Shenzhen YuHongWeiYe Technology Co., Ltd.

## Assignment 1 of 4

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Reel/Frame:** 7117/0798          **Pages:** 3

**Date Recorded:** Nov. 30, 2020

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7117/0798

**Assignor**

**Name:** SHENZHEN YUHONGWEIYE TECHNOLOGY CO., LTD.          **Execution Date:** Nov. 27, 2020

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:** No Place of Organization Found

**Assignee**

**Name:** HOU, ZHIFAN

**Legal Entity Type:** INDIVIDUAL          **Citizenship:** CHINA

**Address:** NO.159,XIACUO VILLAGE,HONGXIN VILLAGE GUANGDONG PROVINCE , 515400

**Correspondent**

**Correspondent Name:** ZHIFAN HOU

**Correspondent Address:** NO.159,XIACUO VILLAGE,HONGXIN VILLAGE COMMITTEE,FENGJIANG TOWN,JIEXI COUNTY, GUANGDONG PROVINCE, 515400 CHINA

**Domestic Representative - Not Found**

## Assignment 2 of 4

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Reel/Frame:** 7364/0545          **Pages:** 4

**Date Recorded:** Jul. 26, 2021

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7364/0545

**Assignor**

**Name:** HOU, ZHIFAN          **Execution Date:** Jul. 26, 2021

**Legal Entity Type:** INDIVIDUAL          **Citizenship:** No Citizenship Found

**Assignee**

**Name:** WISESEA INC

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:** COLORADO

|  | **Address:** | P. O. BOX #270235<br>FORT COLLINS , COLORADO 80527 |
|---|---|---|

| **Correspondent** |
|---|

| **Correspondent<br>Name:** | ZHIHUA HAN |
|---|---|
| **Correspondent<br>Address:** | 7710 80TH PL SE<br>MERCER ISLAND, WA 98040 |

**Domestic Representative - Not Found**

## Assignment 3 of 4

| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | |
|---|---|---|---|
| **Reel/Frame:** | 8018/0232 | **Pages:** | 5 |
| **Date Recorded:** | Mar. 27, 2023 | | |
| **Supporting<br>Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/8018/0232 | | |

| **Assignor** |
|---|

| **Name:** | WISESEA INC | **Execution Date:** | Mar. 23, 2023 |
|---|---|---|---|
| **Legal Entity Type:** | CORPORATION | **State or Country<br>Where Organized:** | COLORADO |

| **Assignee** |
|---|

| **Name:** | SHENZHEN YUHONGWEIYE TECHNOLOGY CO., LTD. | | |
|---|---|---|---|
| **Legal Entity Type:** | LIMITED COMPANY (LTD.) | **State or Country<br>Where Organized:** | CHINA |
| **Address:** | F4.8 2D-A06, 2ND FLOOR, TIANJI BUILDING, TIAN'AN<br>FUTIAN DISTRICT, SHENZHEN , 518000 | | |

| **Correspondent** |
|---|

| **Correspondent<br>Name:** | JINHONG LIN |
|---|---|
| **Correspondent<br>Address:** | F4.8 2D-A06,2F,TIANJI BD,TIAN'AN DIGITAL<br>CITY, NO. 8, TAIRAN 5TH ROAD, SHATOU ST.<br>FUTIAN DIST,SHENZHEN, 518000 CHINA |

**Domestic Representative - Not Found**

## Assignment 4 of 4

| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | |
|---|---|---|---|
| **Reel/Frame:** | 8328/0062 | **Pages:** | 3 |
| **Date Recorded:** | Jan. 25, 2024 | | |
| **Supporting<br>Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/8328/0062 | | |

| **Assignor** |
|---|

| **Name:** | SHENZHEN YUHONGWEIYE TECHNOLOGY<br>CO., LTD. | **Execution Date:** | Jan. 22, 2024 |
|---|---|---|---|
| **Legal Entity Type:** | LIMITED COMPANY | **State or Country<br>Where Organized:** | CHINA |

| **Assignee** |
|---|

| **Name:** | WISESEA INC | | |
|---|---|---|---|
| **Legal Entity Type:** | CORPORATION | **State or Country<br>Where Organized:** | WASHINGTON |
| **Address:** | 18255 SEGALE PARK DRIVE B, UNIT E11<br>TUKWILA , WASHINGTON 98188 | | |

| **Correspondent** |
|---|

| **Correspondent<br>Name:** | NITIN KAUSHIK |
|---|---|
| **Correspondent<br>Address:** | 50 LERER LANE<br>STATEN ISLAND, NY 10307 |

**Domestic Representative - Not Found**