# EXHIBIT B

 

# 国际顶级域名注册证书

## Certification of Global Top Level Domain Name

ICANN 标志由国际名字及 IP 地址分配机构所持有

域名 elephas.com.hk 已由 可利可利有限公司 注册，并已在国际顶级域名数据库中记录。

This is to certify that CLICKCLICK LIMITED has registered the domain name elephas.com.hk and the registration has taken effect since it was put on records in the database of GTLD(Global Top Level Domain) in ICANN

| | |
|---|---|
| 域名(Domain Name) : | elephas.com.hk |
| 域名注册人(Registrant,中文) : | 可利可利有限公司 |
| 域名注册人(Registrant,English) : | CLICKCLICK LIMITED |
| 注册时间(Registration Date) : | 2015-07-15 |
| 到期时间(Expiration Date) : | 2026-07-15 |
| 域名服务器(Domain Name Server)1 : | a.ezdnscenter.com |
| 域名服务器(Domain Name Server)2 : | b.ezdnscenter.com |

以下说明与本证书主文一起构成本证书统一整体，不可分割：

1．本证书表明证书上列出的组织或者个人是列出的域名的合法注册人。该注册人依法享有该域名项下之各项权利。

2．本证书并不表明上海美橙科技信息发展有限公司对本证书所列域名是否贬斥、侵害或毁损任何第三人之合法权利或利益作出任何明示或默示之评判、确认、担保，或作出其它任何形式之意思表示。上海美橙科技信息发展有限公司亦无任何责任或义务作出上述之评判、确认、担保，或作出其它任何形式之意思表示。

3．因本证书中所列域名之注册或使用而可能引发与任何第三人之纠纷或冲突,均由该域名注册人本人承担，上海美橙科技信息发展有限公司不承担任何法律责任。上海美橙科技信息发展有限公司亦不在此类纠纷或冲突中充当证人、调停人或其它形式之参与人。

4．本证书不得用于非法目的，上海美橙科技信息发展有限公司不承担任何由此而发生或可能发生之法律责任。

5．本证书于2026-03-14由上海美橙科技信息发展有限公司提供。

当本证书持有、出具、展示或以其它任何形式使用时，即表明本证书之持有人或接触人已审读、理解并同意以上各条款之规定。