# EXHIBIT C

Case: 1:26-cv-03185 Document #: 1-3 Filed: 03/20/26 Page 2 of 7 PageID #:20



  

# Whois domain lookup results

Use our Whois lookup tool to find domain owner and domain information, or to check if a domain is available.

| elephasprojector.com |  Batch query  |

^Note: If the domain has enabled Whois domain privacy protection, the information displayed in the Whois query results will be different.



⌃ elephasprojector.com

| domain name: | elephasprojector.com |
| --- | --- |
| Registrant's Name: | User #2872e41e Privacy |



Case: 1:26-cv-03185 Document #: 1-3 Filed: 03/20/26 Page 3 of 7 PageID #:21



| | |
|---|---|
| Domain status: | client<br>clientTransferProhibited |
| Domain Name Server: | AJAY.NS.CLOUDFLARE.COM<br>ELMA.NS.CLOUDFLARE.COM |
| Updated date: | 2026-03-07T07:00:00Z |
| Creation date: | 2023-08-18T07:00:00Z |
| Registration expiration date: | 2026-08-19T02:11:02Z |
| Registrar: | NameSilo, LLC |
| Registrar's website: | https://www.namesilo.com/ |

## Detailed Whois query results

Domain Name: elephasprojector.com Registry Domain ID: 2806963586_DOMAIN_COM-VRSN Registrar WHOIS Server: whois.namesilo.com Registrar URL: https://www.namesilo.com/ Updated Date: 2026-03-07T07:00:00Z Creation Date: 2023-08-18T07:00:00Z Registrar Registration Expiration Date: 2026-08-18T07:00:00Z Registrar: NameSilo, LLC Registrar IANA ID: 1479 Registrar Abuse Contact Email: abuse@namesilo.com Registrar Abuse Contact Phone: +1.4805240066 Domain Status: client transfer prohibited https://www.icann.org/epp#client transfer prohibited Registrant Name: User #2872e41e Privacy Registrant Organization: PrivacyGuardian.org llc Registrant Street: 1928 E. Highland Ave. Ste F104 PMB# 255 Registrant City: Phoenix Registrant State/Province: AZ Registrant Postal Code: 85016 Registrant Country: US Registrant Phone: +1.3478717726 Registrant Phone Ext: Registrant Fax: Registrant Fax Ext: Registrant Email: pw-b9d3cdbf26666156715af9d12a15b7db@privacyguardian.org Admin Name: User #2872e41e Privacy Admin Organization: PrivacyGuardian.org llc Admin Street: 1928 E. Highland Ave. Ste F104 PMB# 255 Admin City: Phoenix Admin State/Province: AZ Admin Postal Code: 85016 Admin Country: US Admin Phone: +1.3478717726 Admin Phone Ext: Admin Fax: Admin Fax Ext: Admin Email: pw-b9d3cdbf26666156715af9d12a15b7db@privacyguardian.org Tech Name: User #2872e41e Privacy Tech Organization: PrivacyGuardian.org llc Tech Street: 1928 E. Highland Ave. Ste F104 PMB# 255 Tech City: Phoenix Tech State/Province: AZ Tech Postal Code: 85016 Tech Country: US Tech Phone: +1.3478717726 Tech Phone Ext: Tech Fax: Tech Fax Ext: Tech Email: pw-b9d3cdbf26666156715af9d12a15b7db@privacyguardian.org Name Server: AJAY.NS.CLOUDFLARE.COM Name

Case: 1:26-cv-03185 Document #: 1-3 Filed: 03/20/26 Page 4 of 7 PageID #:22





WHOIS database through the use of high-volume, automated, electronic processes. The Data in our WHOIS database is provided for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. We do not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to us (or our computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without our prior written consent.We reserve the right to terminate your access to the WHOIS database at our sole discretion, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by this policy. We reserve the right to modify these terms at any time. Domains - cheap, easy, and secure at NameSilo.com https://www.namesilo.com Register your domain now at www.NameSilo.com - Domains. Cheap, Fast and Secure

## Similar domains                                    More

| elephasprojector.vip | $4.00 |
| elephasprojector.cv | $9.75 |
| elephasprojector.xyz | $1.99 |
| elephasprojector.co | $4.80 |
| elephasprojector.biz | $6.65 |
| elephasprojector.us | $4.30 |
| elephasprojector.club | $4.00 |

Case: 1:26-cv-03185 Document #: 1-3 Filed: 03/20/26 Page 5 of 7 PageID #:23





When registering each domain under Dynadot, is it necessary to enter new Whois information?  ⊕

After setting it up, can I update my Whois domain contact records? If so, where do I update them?  ⊕

How exactly does privacy protection work in WHOIS queries?  ⊕

When is it not recommended to enable privacy protection?  ⊕

Why is the Whois database important?  ⊕

Can I use privacy protection for each top-level domain suffix?  ⊕

I have enabled privacy protection, so why am I still receiving emails from strangers?  ⊕

How to find the domain owner?  ⊕

How can I find the website owner?  ⊕

In a Whois query, can I see the domain owner's email address and phone number?  ⊕

How can I contact the owner who has enabled privacy protection?  ⊕

How quickly are changes displayed in Whois?  ⊕

Case: 1:26-cv-03185 Document #: 1-3 Filed: 03/20/26 Page 6 of 7 PageID #:24





ZH ⌄        USD ($) ⌄



**News and Communication Registration**

| Enter email | submit |

Download the mobile app: 

### domain name

| Domain Search | transfer |
| IDN Search | TLD price |
| Domain name discounts | Distributors |
| website | Mail |
| SSL Certificate | Domain name suggestion tool |
| Domain security | Domain deletion grace period |
| User Interface (API) | Whois query |
| Payment options | |

### Domain Name Market

Domain Market Search

A glimpse into the domain name auction market

Buy it now

Domain name squatting

Expired domain name auction

User domain name auction

Domain name registration auction

Last Chance Auction

Expired domain names clearance sale at a fixed price

NameClub Beta

### support

Purchase domain name

Domain name for sale

Domain Name Market Information

prepayment

Payment methods

Abuse of complaints

### Dynadot

blog

about

Help documentation

Contact information

forum

event

Site Map

app

Recommend to a friend

Cooperation Alliance Plan

Copyright © 2002-2026 Dynadot Inc. All rights reserved.

Privacy Policy

terms of use

Registrant's Education Information

Rights and responsibilities of registrants

Case: 1:26-cv-03185 Document #: 1-3 Filed: 03/20/26 Page 7 of 7 PageID #:25



